**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2314**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL O'NEIL HAMRICK, a/k/a C. O'Neil Hamrick,

Defendant - Appellant,

and

CLEVELAND FEDERAL BANK; W. H. HUDSON COMPANY,
INCORPORATED,

Defendants.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CA-95-2419-7-3AK)

———————————

Submitted:  March 13, 1997          Decided:  March 18, 1997

———————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Carl O'Neil Hamrick, Appellant Pro Se.  James D. McCoy, III, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting a judgment of foreclosure against him. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hamrick, No. CA-95-2419-7-3AK (D.S.C. July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED